Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone:  (702) 968-7500
Facsimile:  (702) 989-0369
justin@erinjuryattorneys.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY ALECIA SINCLAIR-LEWIS, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.   2:20-cv-02063-JCM-VCF |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**(Second Request)**

Pursuant to LR 6.1 and LR 26.4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days as set forth below:

***Discovery Completed:***

1. All parties have made their initial and supplemental disclosures pursuant to FRCP 26.

2. Plaintiff served Defendants with Interrogatories, Request for Admissions, and Requests for Production of Documents.

3. Defendant served Plaintiff with Interrogatories, Request for Admissions, and Request for Production of Documents.

4. Deposition of Plaintiff

5. Deposition of Plaintiff's husband.

. . .

1

*Discovery that remains to be completed:*

1. Deposition of the Rule 30(b)(6) witness on behalf of the Defendant.

2. Deposition of Plaintiff's treating physicians.

3. Continue to collect Plaintiff's medical records

4. Both parties need to disclose experts.

5. Both parties need to depose the experts disclosed.

6. Inspection of the Defendant's premises.

*Reasons that Discovery has not yet been completed are:*

The parties have been diligently pursuing discovery, however, the parties' current schedule, combined with the issues surrounding the COVID-19 pandemic has not permitted the aforementioned discovery to take place before the existing deadlines.

Therefore, the parties request an additional ninety (90) days extension so that they can complete the remaining discovery around the COVID-19 restrictions. This request is not made in bad faith, with dilatory motive, or for any purposes of improper delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct the remaining discovery, given the vast amount of information and substantial damages at issue.

*Proposed schedule for completing discovery:*

Accordingly, the parties request the discovery deadlines be extended to allow ample time for the court to make its ruling and allow the parties to complete the remaining discovery.

The following is a list of discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | June 4, 2021 | No Extension |
| Initial Disclosure of Experts | October 4, 2020 | January 10, 2022 |
| Disclosure of Rebuttal Experts | November 2, 2021 | February 9, 2022 |
| Discovery Cut-Off | December 2, 2021 | March 11, 2022 |
| Dispositive Motions | January 3, 2022 | April 11, 2022 |
| Joint Proposed Pre-Trial Order | February 2, 2022 | May 11, 2022 |

. . .

. . .

WHEREFORE, the parties respectfully request this honorable Court adopt the foregoing stipulation of the parties which will result in the new discovery deadlines.

| ER INJURY ATTORNEYS | COOPER LEVENSON, P.A. |
|---|---|
| By:/s/ Justin G. Randall<br>  Justin G. Randall, Esq.<br>  Nevada Bar No. 12476<br>  4795 South Durango Drive<br>  Las Vegas, Nevada 89147<br>  *Counsel for Plaintiff* | By: /s/ Andre T. Marques<br>  Andre T. Marques, Esq.<br>  Nevada Bar No. 14737<br>  3016 West Charleston Boulevard - #195<br>  Las Vegas, Nevada 89102<br>  *Attorney for Defendants* |

### ORDER

**IT IS SO ORDERED** that the discovery deadlines are hereby extended as follows:

| Scheduled Event | New Deadlines |
|---|---|
| Amend Pleadings and Add Parties | No Extension |
| Initial Disclosure of Experts | January 10, 2022 |
| Disclosure of Rebuttal Experts | February 9, 2022 |
| Discovery Cut-Off | March 11, 2022 |
| Dispositive Motions | April 11, 2022 |
| Joint Proposed Pre-Trial Order | May 11, 2022 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 29th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

ER INJURY ATTORNEYS

By:/s/ Justin G. Randall
  Justin G. Randall, Esq.
  Nevada Bar No. 12476
  4795 South Durango Drive
  Las Vegas, Nevada 89147
  *Counsel for Plaintiff*

3