Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone:  (702) 968-7500
Facsimile:  (702) 989-0369
justin@erinjuryattorneys.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY ALECIA SINCLAIR-LEWIS, individually;<br><br>Plaintiffs,<br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.   2:20-cv-02063-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINE ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MEDICAL REBUTTAL EXPERT WITNESS (FIRST REQUEST)** |

COMES NOW, Plaintiff, SANDY ALECIA SINCLAIR-LEWIS ("Plaintiff"), by and through her counsel of record, JUSTIN G. RANDALL, ESQ., of the law firm ER INJURY ATTORNEYS, and Defendant SMITH'S FOOD & DRUG CENTERS, INC. ("SMITH'S"), by and through its counsel of record, JERRY S. BUSBY and ANDRE T. MARQUES, ESQ. of the law firm COOPER LEVENSON, P.A., and, and hereby stipulate that Plaintiff may have an extension until May 12, 2022, to file her Reply in Support of the Motion to Strike Defendant's Medical Rebuttal Expert Witness ("Motion") (ECF No. 21).

. . .

. . .

. . .

. . .

. . .

. . .

1

Plaintiff Sandy Sinclair-Lewis filed her Motion to Strike Defendant's Medical Rebuttal Expert Witness on April 8, 2022 (Docket #21). Defendant Smith's Food & Drug Centers, Inc. filed its response to Plaintiff's Motion to Strike Defendant's Medical Rebuttal Expert Witness on April 28, 2022, (Docket #23). Plaintiff's Reply is currently due May 5, 2022 and stipulate to extend the due date to May 12, 2022.

| ER INJURY ATTORNEYS | COOPER LEVENSON, P.A. |
|---|---|
| By: /s/ Justin G. Randall<br>    Justin G. Randall, Esq.<br>    Nevada Bar No. 12476<br>    4795 South Durango Drive<br>    Las Vegas, Nevada 89147<br>    *Counsel for Plaintiff* | By: /s/ Andre T. Marques<br>    Andre T. Marques, Esq.<br>    Nevada Bar No. 14737<br>    3016 West Charleston Boulevard - #195<br>    Las Vegas, Nevada 89102<br>    *Attorney for Defendants* |

IT IS SO ORDERED:

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-17-2022 _____