JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY ALECIA SINCLAIR-LEWIS, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation;  DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02063-JCM-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE (FIRST REQUEST)** |

COMES NOW, Defendant SMITH'S FOOD & DRUG CENTERS, INC. ("SMITH'S"), by and through its counsel of record, JERRY S. BUSBY and ANDRE T. MARQUES, ESQ. of the law firm COOPER LEVENSON, P.A., and Plaintiff, SANDY ALECIA SINCLAIR-LEWIS ("Plaintiff"), by and through her counsel of record, JUSTIN G. RANDALL, ESQ., of the law firm ER INJURY ATTORNEYS, and hereby stipulate that SMITH'S may have an extension until May 27, 2022, to file a Response to Plaintiff's Motion to Strike Defendant's Expert Witness Brian Jones ("Motion") (ECF No. 26).

/ / /

/ / /

/ / /

/ / /

CLAC 6942054.1

Plaintiff's Motion was filed on May 6, 2022, with SMITH'S Response currently due on May 20, 2022. Due to Defense counsel being out of the country with family, the parties stipulate to allow Defendant SMITH'S to file a Response to Plaintiff's Motion by **May 27, 2022.**

Respectfully submitted this 16th day of May, 2022.

| ER INJURY ATTORNEYS | COOPER LEVENSON, P.A |
|---|---|
| /s/ Justin G. Randall<br>JUSTIN G. RANDALL, ESQ.<br>Nevada Bar No. 012476<br>4795 South Durango Drive<br>Las Vegas, NV 89147<br>(702) 968-7500<br>Attorneys for Plaintiff<br>SANDY ALECIA SINCLAIR-LEWIS | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 W. Charleston Blvd.-Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  5-17-2022

2

CLAC 6942054.1