Justin G. Randall, Esq.
Nevada Bar No. 12476
LERNER & ROWE INJURY ATTORNEYS
4795 So. Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-6309
Email: jrandall@lernerandrowe.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY ALECIA SINCLAIR-LEWIS, individually;<br><br>Plaintiffs,<br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.   2:20-cv-02063-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINE ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S FIFTEENTH SUPPLEMENT (DOCKET 39)**<br><br>**(FIRST REQUEST)** |

Defendant Smith's Food & Drug filed its Motion to Strike Plaintiff's Fifteenth Supplement on July 19, 2022 (Docket #39). Plaintiff Sandy Sinclair Lewis's response to Defendant's Motion to Strike Plaintiff's Fifteenth Supplement is currently due August 2, 2022.

Plaintiff Sandy Sinclair-Lewis, by and through her counsel of record, Justin G. Randall, Esq., of ER Injury Attorneys, and Defendant Smith's Food & Drug Centers, Inc., through its counsel of record Andre T. Marques, Esq., of Cooper Levenson, P.A., stipulate and agree, that:

Plaintiff Sandy Sinclair-Lewis shall have up to and including August 12, 2022, to file and serve her response to Defendant's Motion to Strike Plaintiff's Fifteenth Supplement (Docket 39), and any timing for any reply thereafter will be determined by the Local District Court Rules.

| | |
|---|---|
| ER INJURY ATTORNEYS<br><br>By:   /s/ Justin G. Randall<br>   Justin G. Randall, Esq.<br>   Nevada Bar No. 12476<br>   4795 South Durango Drive<br>   Las Vegas, Nevada 89147<br>   Attorneys for Plaintiff | COOPER LEVENSON, P.A.<br><br>By:   /s/ Andre T. Marques<br>   Andre T. Marques, Esq.<br>   Nevada Bar No. 14737<br>   3016 W. Charleston Blvd. #195<br>   Las Vegas, Nevada 89102<br>   Attorneys for Defendant |

1

**ORDER**

IT IS SO ORDERED that Plaintiff Sandy Sinclair-Lewis shall have up to and including August 12, 2022, to file and serve her response to Defendant's Motion to Strike Plaintiff's Fifteenth Supplement (Docket 39), and any timing for any reply thereafter will be determined by the Local District Court Rules.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of August 2022.



Miriam Alvarez <miriam@erinjuryattorneys.com>

## RE: Sinclair Lewis
1 message

**Andre Marques** <AMARQUES@cooperlevenson.com>   Thu, Jul 28, 2022 at 12:02 PM
To: Miriam Alvarez <miriam@erinjuryattorneys.com>
Cc: Justin Randall <justin@erinjuryattorneys.com>, Craig Henderson <craig@erinjuryattorneys.com>, "Rutkowski Theresa H." <TRUTKOWSKI@cooperlevenson.com>, sandyaleciasinclairlewisz7677996 <sandyaleciasinclairlewisz7677996@projects.filevine.com>, "Busby Jerry S." <JBUSBY@cooperlevenson.com>

Thanks Miriam. You have my name as "Andrew" instead of "Andre" in the body of the document and in the signature block. Other than those two changes, I am fine with affixing my e-signature and submitting.

**From:** Miriam Alvarez [mailto:miriam@erinjuryattorneys.com]
**Sent:** Thursday, July 28, 2022 12:00 PM
**To:** Andre Marques
**Cc:** Justin Randall; Craig Henderson; Rutkowski Theresa H.; sandyaleciasinclairlewisz7677996; Busby Jerry S.; Kraemer, Gregory A.
**Subject:** Re: Sinclair Lewis

Attached is the SAO to Extend Briefing Schedule for your review and approval.  Thanks

Miriam Alvarez   |   Paralegal
**ER INJURY ATTORNEYS**
4795 S. Durango Dr. Las Vegas, NV 89147 | Main: 702-968-7500 | Fax: 702-968-7525
miriam@erinjuryattorneys.com

 **Please consider the environment before printing this e-mail.**
**CONFIDENTIALITY NOTE:** The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

On Thu, Jul 28, 2022 at 8:48 AM Andre Marques <AMARQUES@cooperlevenson.com> wrote:

> I'll be on the lookout for it. Send the stip over when you get a chance.
>
> **From:** Justin Randall [mailto:justin@erinjuryattorneys.com]
> **Sent:** Thursday, July 28, 2022 8:48 AM
> **To:** Andre Marques
> **Cc:** Miriam Alvarez; Craig Henderson; Rutkowski Theresa H.; sandyaleciasinclairlewisz7677996; Busby Jerry S.; Kraemer, Gregory A.
> **Subject:** Re: Sinclair Lewis