Justin G. Randall, Esq.
Nevada Bar No. 12476
LERNER & ROWE INJURY ATTORNEYS
4795 So. Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-6309
Email: jrandall@lernerandrowe.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY ALECIA SINCLAIR-LEWIS, individually;<br><br>Plaintiffs,<br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.   2:20-cv-02063-JCM-VCF<br><br>**STIPULATION AND ORDER CONTINUE HEARING ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S FIFTEENTH SUPPLEMENT (DOCKET 39)**<br><br>**(FIRST REQUEST)** |

Plaintiff Sandy Sinclair-Lewis, by and through her counsel of record, Justin G. Randall, Esq., of ER Injury Attorneys, and Defendant Smith's Food & Drug Centers, Inc., through its counsel of record Andre T. Marques, Esq., of Cooper Levenson, P.A., stipulate and agree, that:

The hearing on Defendant's Motion to Strike Plaintiff's Fifteenth Supplement (Docket 39), currently scheduled for October 20, 2022, at 1:00 p.m. be continued to a date convenient with the Court the week of November 7, 2022.

| ER INJURY ATTORNEYS | COOPER LEVENSON, P.A. |
|---|---|
| By:   /s/ Justin G. Randall<br>   Justin G. Randall, Esq.<br>   Nevada Bar No. 12476<br>   4795 South Durango Drive<br>   Las Vegas, Nevada 89147<br>   Attorneys for Plaintiff | By:   /s/ Andre T. Marques<br>   Andre T. Marques, Esq.<br>   Nevada Bar No. 14737<br>   3016 W. Charleston Blvd. #195<br>   Las Vegas, Nevada 89102<br>   Attorneys for Defendant |

1

# ORDER

IT IS SO ORDERED that the hearing on Defendant's Motion to Strike Plaintiff's Fifteenth Supplement (Docket 39), currently scheduled for hearing on October 20, 2022, be continued to November 14, 2022 at 11:00 AM.

_____
Cam Ferenbach
United States Magistrate Judge

Dated this 19th day of September 2022.