```
1  JERRY S. BUSBY
   Nevada Bar #001107
2  ANDRE T. MARQUES
   Nevada Bar #014737
3  COOPER LEVENSON, P.A.
   3016 West Charleston Boulevard - #195
4  Las Vegas, Nevada 89102
    (702) 366-1125
5  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
6  amarques@cooperlevenson.com

7  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY ALECIA SINCLAIR-LEWIS, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02063-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**(FIRST REQUEST)** |

     Pursuant to Local Rules IA 6-1 and 26-3, the Parties, by and through their respective counsel of record, stipulate and agree that the current trial date of January 22, 2024, and all trial related deadlines be vacated and continued to a date thereafter convenient for the Court.

     This Stipulation is entered into for the following reasons:

     Both counsel for Plaintiff and Defendant have scheduling conflicts and issues with the availability of witnesses for the current trial date. Specifically, Defendant's liability expert witness, Brian Jones, has a conflict that will prevent him from testifying at trial at the current scheduled date. In addition, Defendant's office is doing a major overhaul of its internal document management software preventing Defense counsel from accessing necessary files in January in advance of trial.

/ / /

/ / /

CLAC 7694453.1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, SANDY ALECIA SINCLAIR-LEWIS, by and through her attorneys of record, Justin G. Randall, Esq., of the law firm ER INJURY ATTORNEYS, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorneys of record, Jerry S. Busby, Esq., of the law firm COOPER LEVENSON, P.A., that the trial be continued to the Court's trial stack beginning February 26, 2024.

Respectfully submitted this 22nd day of December, 2023.

| ER INJURY ATTORNEYS | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Justin G. Randall, Esq. | /s/ Jerry S. Busby, Esq. |
| JUSTIN G. RANDALL, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 12476 | Nevada Bar No. 1107 |
| 4795 South Durango Drive | 3016 West Charleston Boulevard - #195 |
| Las Vegas, Nevada 89147 | Las Vegas, Nevada 89102 |
| (702) 968-7500 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SANDY ALECIA SINCLAIR-LEWIS | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS THEREFORE ORDERED the jury trial date in the above-entitled matter currently scheduled for the January 22, 2024 trial stack and all trial related deadlines be vacated. The trial is continued to **February 26, 2024 at 9:00 a.m**.; calendar call is continued to **February 21, 2024, at 1:30 p.m.**

IT IS SO ORDERED December 27, 2023.

_____
UNITED STATES DISTRICT JUDGE

CLAC 7694453.1

2