JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY ALECIA SINCLAIR-LEWIS, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02063-JCM-MDC<br><br><br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**(SECOND REQUEST)** |

Pursuant to an e-mail received from the Court on January 31, 2024, the Parties, by and through their respective counsel of record, stipulate and agree that the current trial date of February 26, 2024, and all trial related deadlines be vacated and continued to May 20, 2024.

Respectfully submitted this 2nd day of February, 2024.

| CHRISTIAN MORRIS<br>TRIAL ATTORNEYS | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Christian M. Morris, Esq.<br>CHRISTIAN M. MORRIS, ESQ.<br>Nevada Bar No. 011218<br>2250 Corporate Drive - #390<br>Henderson, Nevada 89074<br>(702) 434-8282<br>Attorneys for Plaintiff<br>SANDY ALECIA SINCLAIR-LEWIS | /s/ Jerry S. Busby, Esq.<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

NG-C2N3CBX6 4884-7228-5602.1

**ORDER**

IT IS THEREFORE ORDERED the bench trial date in the above-entitled matter currently scheduled for the February 26, 2024 trial stack and all trial related deadlines be vacated and continued to **May 20, 2024, at 9:00 a.m.**; the calendar call currently set for February 21, 2024, at 1:30 p.m. is continued to **May 15, 2024, at 1:30 p.m.**

IT IS SO ORDERED February 2, 2024.

_____
U.S. DISTRICT JUDGE

2

NG-C2N3CBX6 4884-7228-5602.1