JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY ALECIA SINCLAIR-LEWIS, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02063-JCM-MDC<br><br><br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**(THIRD REQUEST)** |

    WHEREAS, Defense counsel recently learned that one of his experts now has a conflict with the current trial date; and

    WHEREAS, counsel for the parties are hoping to be able to receive decisions on all pending motions in limine from the court in order to determine what evidence and witnesses will be allowed to testify in order to streamline the trial in this matter;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4894-0009-6184.1

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm, COOPER LEVENSON, P.A. as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Christian M. Morris, Esq. of the law firm CHRISTIAN MORRIS TRIAL ATTORNEYS as counsel for Plaintiff SANDY ALECIA SINCLAIR-LEWIS that the current trial date of May 20, 2024 and all trial related deadlines be vacated and continued to August 26, 2024.

Respectfully submitted this 23rd day of April, 2024.

| CHRISTIAN MORRIS<br>TRIAL ATTORNEYS | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Christian M. Morris, Esq.<br>CHRISTIAN M. MORRIS, ESQ.<br>Nevada Bar No. 011218<br>2250 Corporate Drive - #390<br>Henderson, Nevada 89074<br>(702) 434-8282<br>Attorneys for Plaintiff<br>SANDY ALECIA SINCLAIR-LEWIS | /s/ Jerry S. Busby, Esq.<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

## ORDER

IT IS HEREBY ORDERED that the bench trial date in the above-entitled matter currently scheduled for the May 20, 2024 trial stack and all trial related deadlines be vacated and continued to **August 26, 2024, at 9:00 a.m.**; calendar call is continued to **August 21, 2024, at 1:30 p.m.**

IT IS SO ORDERED April 23, 2024.

_____
U.S. DISTRICT JUDGE