Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr. Ste. 530
Las Vegas, Nevada 89135
Telephone: (702) 968-7500
justin@erinjuryattorneys.com
-and-
Christian M. Morris, Esq.
Nevada Bar No. 11218
Victoria R. Allen, Esq.
Nevada Bar No. 15005
Jamie N. McInelly, Esq.
Nevada Bar No. 15963
Sarah Disalvo, Esq.
Nevada Bar No. 16398
CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
christian@CMtrialattorneys.com
victoria@CMtrialattorneys.com
jamie@CMtrialattorneys.com
sarah@CMtrialattorneys.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDY ALECIA SINCLAIR-LEWIS, individually;<br><br>Plaintiffs,<br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. an Ohio Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-02063-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**(FOURTH REQUEST)** |

Pursuant to Local Rules IA 6-1 and 26-3, the Parties, by and through their respective counsel of record, stipulate and agree that the current trial date of August 26, 2024, and all trial related deadlines be vacated and continued to a date thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

1  Both counsel for Plaintiff and Defendant have scheduling conflicts and issues with the availability of witnesses for the current trial date. Specifically, Plaintiff's expert witness, Dr. Fish, has a conflict that will prevent him from testifying at trial at the current scheduled date.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, SANDY ALECIA SINCLAIR-LEWIS, by and through her attorneys of record, Justin G. Randall, Esq. of the law firm ER INJURY ATTORNEYS, and Christian M. Morris, Esq. of the law firm CHRISTIAN MORRIS TRIAL ATTORNEYS, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorneys of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A., that the trial be continued to the Court's trial stack beginning November 18, 2024.

Respectfully submitted this 19th day of July, 2024.

| ER INJURY ATTORNEYS | COOPER LEVENSON, P.A. |
|---|---|
| */s/ Justin G. Randall, Esq.* | */s/Jerry S. Busby, Esq.* |
| JUSTIN G. RANDALL, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 12476 | Nevada Bar No. 1107 |
| 4795 South Durango Drive | 3016 West Charleston Boulevard - #195 |
| Las Vegas, Nevada 89147 | Las Vegas, Nevada 89102 |
| (702) 968-7500 | (702) 366-1125 |
| -and- | *Attorneys for Defendant* |
| CHRISTIAN M. MORRIS, ESQ. | *SMITH'S FOOD & DRUG CENTERS, INC.* |
| Nevada Bar No. 11218 | |
| SARAH DISALVO, ESQ. | |
| Nevada Bar No. 16398 | |
| CHRISTIAN MORRIS TRIAL ATTORNEYS | |
| 2250 Corporate Circle, Suite 390 | |
| Henderson, Nevada 89074 | |
| *Attorneys for Plaintiff* | |
| *SANDY ALECIA SINCLAIR-LEWIS* | |

### **ORDER**

IT IS THEREFORE ORDERED the bench trial date in the above-entitled matter currently scheduled for the August 26, 2024 trial stack and all trial related deadlines be vacated and continued to **November 18, 2024, ar 9:00 a.m**.; calendar call is continued to **November 13, 2024, at 1:30 p.m.**

**IT IS SO ORDERED** July 23, 2024.

_____
[signature: James C. Mahan]

2